**Charles A. WILLIAMS, Plaintiff–**
**Appellant,**

v.

**Jeffrey CANADY; Mr. Dunn; Johnston**
**County Sheriff's Department Narcotics**
**Division, Defendants–Appellees,**

and

**Adren L. Harris, Defendant.**

**No. 14–6351.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Charles A. Williams, Appellant Pro Se. Ronnie Monroe Mitchell, Mitchell Law

Group, Fayetteville, North Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Canady*, No. 5:10–cv–00558– FL, 2014 WL 51245 (E.D.N.C. Jan. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*